# EXHIBIT A

## Case Information

CV01-24-06207 | Brandon Schaapman Plaintiff, vs. Wright Medical Technology Inc, Microport Orthopedics Inc Defendant.

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| CV01-24-06207 | Ada County District Court | Baskin, Nancy |
| **File Date** | **Case Type** | **Case Status** |
| 04/10/2024 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
Schaapman, Brandon W

**Active Attorneys** ▼
Lead Attorney
Mortimer, Evan S.
Retained

Attorney
McLaughlin, George E
Retained

**Defendant**
Wright Medical Technology Inc

**Defendant**
Microport Orthopedics Inc

## Events and Hearings

04/10/2024 New Case - District Civil

04/10/2024 Complaint Filed ▾

   Comment
for Damages and Jury Trial Demand

04/10/2024 Civil Case Information Sheet

04/10/2024 Summons Issued ▾

   Comment
and Filed - Wright Medical Technology Inc

04/10/2024 Summons Issued ▾

   Comment
and Filed - Microport Orthopedics Inc

04/10/2024 Summons ▾

   Served
07/17/2024

04/10/2024 Summons ▾

   Served
07/01/2024

04/30/2024 Motion ▾

   Comment
for Pro Hac Vice Admission of George E McLaughlin

05/06/2024 Order ▾

   Comment
Granting Motion for Pro Hac Vice Admission of George E McLaughlin

07/10/2024 Affidavit / Return of Service ▾

   Comment
(07/01/2024 - Wright Medical Technology Inc)

07/21/2024 Affidavit / Return of Service ▾

Comment
- Microport Orthopedics Inc-7/17/2024

## Financial

Schaapman, Brandon W
    Total Financial Assessment      $221.00
    Total Payments and Credits      $221.00

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 4/11/2024 | Transaction Assessment | | | $221.00 |
| 4/11/2024 | EFile Payment | Receipt # 32604-2024-R01 | Schaapman, Brandon W | ($221.00) |