# John Hibbs

| | |
|---|---|
| **From:** | ARED MDL2949 |
| **Sent:** | Tuesday, April 8, 2025 12:50 PM |
| **To:** | IDD_Interdistrict-Transfer |
| **Subject:** | MDL 2949, In Re: Profemur Hip Implant Products Liability Litigation |
| **Attachments:** | MDL-2949 Docket Sheet.pdf; Schaapman Docket Sheet.pdf; Conditional Remand Order.pdf; Order Suggesting Remand.pdf |

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

IN RE:   MDL 2949 (In Re Profemur Hip Implant Products Liability Litigation)
U.S.D.C. Eastern Arkansas Case Master Docket No. 4:20-md-02949-KGB

**U.S.D.C. Idaho Case No. 1:24-cv-00373**
U.S.D.C. Eastern Arkansas Case No. 4:24-cv-00895-KGB

### NOTICE OF REMAND

Attached is a certified copy of the Conditional Remand Order received from the United States Judicial Panel on Multidistrict Litigation and filed in the Eastern District of Arkansas. It instructs that the case listed be remanded back to your district upon the entry of the Conditional Remand Order. Also attached are certified copies of the Order Suggesting Remand, the Final Conditional Remand Order, Master Docket Sheet (4:20-md-02949-KGB) and the individual docket sheet for the case being remanded.

Information necessary to complete this remand can be downloaded directly from the Public Access to Court Electronic Records (PACER) system.

Please forward this notice along with the attached documents to the appropriate clerk(s) in your office. If you have any questions, please contact Brady Hibbs or Crystal Newton at 501-604-5351.

Thank you,

TAMMY H. DOWNS
CLERK OF COURT

